MICHAEL CHASTAINE, State Bar #121209
HE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Manuel Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL CASTRO,<br><br>    Defendant. | Case No.: 2:09 CR 0276 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

    Defendant MANUEL CASTRO, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Heiko Coppola, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Tuesday, June 22, 2010 at 9:30 a.m. to Tuesday, July 13, 2010 at 9:30 a.m.  The continuance is requested because Mr. Castro is scheduled to meet the requirements necessary to be eligible for a safety valve but, due to counsel's obligations has been unable to do so previously.  Mr. Castro should not be sentenced until he has an opportunity to meet the eligibility requirements for safety valve.

Dated: June 1, 2010                        The CHASTAINE LAW OFFICE

                                                By: _____/s/ Michael Chastaine
                                                    MICHAEL CHASTAINE
                                                    Attorney for Manuel Castro

Dated: June 1, 2010                        Benjamin B. Wagner
                                                    United States Attorney

                                                  By: ____/s/ Heiko Coppola
                                                    Heiko Coppola
                                                    Assistant U.S. Attorney

1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, June 22, 2010 at 9:30 a.m. be continued to Tuesday, July 13, 2010 at 9:30 a.m.

Further it is ordered that informal objections are due by June 8, 2010, Presentence report shall be filed with the Court and disclosed to counsel no later than June 15, 2010, motion for correction of PSR due June 22, 2010, and reply or Statement of Non-Opposition June 29, 2010.

Dated: June 1, 2010

/s/ John A. Mendez
John A. Mendez
District Judge
United States District Court

PDF created with pdfFactory trial version www.pdffactory.com